# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE SAUNDERS, | ) | |
| Plaintiff, | ) | |
| | ) | NO. 02 C 672 |
| v. | ) | |
| | ) | JUDGE BUCKLO |
| CITY OF CHICAGO POLICE DEPARTMENT, | ) | MAGISTRATE JUDGE LEVIN |
| OFFICER ROONEY, #8065, OFFICER | ) | |
| FERRARO, #6619, OFFICER JOHN DOE 1, | ) | Plaintiff Demands Trial By Jury |
| OFFICER JOHN DOE 2, OFFICER JOHN DOE 3, | ) | |
| OFFICER JOHN DOE 4, | ) | |
| Co-Defendants. | ) | |

## NOTICE OF FILING

**FILED**

MAR 2 3 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To:   Darryl E. Robinson
      John F. Lyke
      1505 E. 53rd Street, Suite 200
      Chicago, Illinois 60615

   **PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States
District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS'
RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE*,** a copy of which is attached hereto
and herewith served upon you.

   Dated March 23, 2004.

                                        Respectfully submitted,

                                        William E. Bazarek
                                        Assistant Corporation Counsel

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-1975
Atty. No. 06203720

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TYRONE SAUNDERS | ) | **FILED** |
| | ) | |
| Plaintiff, | ) | No. 02 C 672 |
| | ) | **MAR 2 3 2004** |
| v. | ) | |
| | ) | MICHAEL W DOBBINS |
| CITY OF CHICAGO, CHICAGO POLICE | ) | CLERK, U.S. DISTRICT COURT |
| DEPARTMENT, OFFICER ROONEY, #8065 | ) | JUDGE BUCKLO |
| OFFICER FERRARO, #6619 OFFICER JOHN | ) | |
| DOE 1, OFFICER JOHN DOE 2, OFFICER | ) | MAGISTRATE JUDGE LEVIN |
| JOHN DOE 3, OFFICER JOHN DOE 4, | ) | |
| | ) | |
| Co-Defendants. | ) | |

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION *IN LIMINE*

Defendants, Chicago Police Officers Joseph Ferraro and Eugene Rooney , by their

attorneys, William E. Bazarek and Susan E. Sullivan, Assistant Corporation Counsel for the City

of Chicago, respectfully submit their response to Plaintiff's Motion *In Limine* and state as

follows:

### 1.    Exclusion of Plaintiff's Prior Convictions

Plaintiff's motion to exclude Plaintiff's convictions fails to recognize that Plaintiff's

prior convictions are admissible in this case because they are A) impeachment under 609(a)(1);

and B) directly relevant to the issues as they establish bias as to the testimony of his girlfriend,

and a witness in this matter, Kenyatta Smith.

#### A)    Admissibility Under 609(a)(1)

Evidence of three (3) of Plaintiff's felony convictions in 99 CR 711301 (violation of

order of protection), 99 CR 636201(domestic battery), and 94 CR 23136 (possession of a

controlled substance) are admissible to impeach Plaintiff's credibility pursuant to Fed. R. Evid.

43

609 (a)(1). (See Certified Statements of Convictions/Dispositions, attached hereto as Exhibits, A, B, and C.) The Rule provides that "[f]or the purpose of attacking the credibility of a witness, evidence that a witness other than an accused has been convicted of a crime shall be admitted, subject to Rule 403, if the crime was punishable by death or imprisonment in excess of one year under the law under which the witness was convicted . . . ." Fed. R. Evid. 609 (a)(1). Furthermore, "[i]t is well-settled that evidence of prior convictions is admissible in a civil case to impeach the credibility of the plaintiff-- subject to the constraints of Rule 403." Wilson v. Groaning 25 F.3d 581,586 (7th Cir. 1993); see also Wilson v. City of Chicago, 6 F.3d 1233, 1237 (7th Cir.1993) (noting that the plaintiff prisoner who took the stand was subject to having his credibility impeached because he was a convicted felon). The Seventh Circuit has explained the purpose behind the Rule stating that:

> Rule 609 and the common law tradition out of which it evolved rest on the common-sense proposition that a person who has flouted society's most fundamental norms, as embodied in its felony statutes, is less likely than other members of society to be deterred from lying under oath in a trial by the solemnity of the oath, the (minuscule) danger of prosecution for perjury, or internalized ethical norms against lying.

> Campbell v. Greer, 831 F.2d 700, 707 (7th Cir. 1987) (holding that where a prior conviction is used to impeach under Rule 609, "the crime must be named.")

Plaintiff's three felony convictions meet the requirements dictated by Rule 609. Plaintiff is not the accused in this civil rights case, these are felony convictions (punishable by more than one year), and fall within the 10-year time frame.

Plaintiff's motion does not quibble with the fact that the convictions meet the threshold admissibility requirements of Rule 609, but rather, Plaintiff claims the convictions are unfairly prejudicial under Rule 403. But see United States v. Mejia, 909 F.2d 245-56 (7th Cir. 1990) (observing that all relevant evidence is inherently prejudicial to one party or another); Cook v.

2

Hoppin, 783 F.2d 684, 689 (7th Cir. 1986). Rule 609(a)(1) recognizes that prior conviction have

probative value in evaluating a witnesses' credibility. Nothing noted or cited to by Plaintiff

supports a finding that impeachment with his prior convictions would be substantially

outweighed by the danger of unfair prejudice. See Charles v. Cotter, 867 F.Supp 648, 656 (ND

Ill. 1994)(Castillo, J.) (admitting two drug and armed robbery convictions in against Plaintiff,

despite potential negative impact on civil rights claims). Moreover, any further vague notions of

prejudice could be eliminated by an instruction limiting the evidence as impeachment.

**B)**     **Admissibility to Establish Bias**

Defendants object to Plaintiff's motion as being overly broad and contrary to the Federal

Rules of Evidence. Plaintiff's motion seeks to bar, in part, two (2) prior criminal convictions,

specifically 99 CR 711301 (violation of order of protection) and 99 CR 636201(domestic

battery), convictions that arose from complaints filed against Plaintiff by Kenyatta Smith, his

girlfriend and mother to four of his children. Plaintiff has identified Ms. Smith as a witness who

will testify on his behalf. Because Ms. Smith's fear of the Plaintiff could show a motivation to

falsify or fabricate her testimony in favor of the Plaintiff, Defendants should be permitted to

cross-examine Ms. Smith about her prior criminal complaints against Plaintiff for domestic

battery and/or violation of order of protection for which Plaintiff was subsequently convicted . In

addressing the issue of bias in a witness, the U.S. Supreme Court has stated that "proof of bias is

almost always relevant because the jury, as finder of fact and weigher of credibility, has

historically been entitled to assess all evidence which might bear on the accuracy and truth of the

witness' testimony." U.S. v. Abel, 469 U.S. 45, 52 (1984). Both commentators and courts have

agreed that exposing a witness' fear of a party is relevant to show bias of the witness. See 4 Jack

B. Weinstein & Margaret A. Berger, Weinstein's Federal Evidence 607.04[5], n. 41 (1999); see

also <u>U.S. v. Keys</u>, 899 F.2d 983, 987 (10th Cir.), <u>cert</u>. <u>denied</u> 498 U.S. 858 (1990) (holding that government could impeach defendants' witnesses based on their fear of defendant); <u>U.S. v. Bratton</u>, 875 F.2d 439, 443 (5th Cir. 1989) (allowing evidence of defendant-husband's past physical abuse of wife who testified in husband's favor). The Seventh Circuit has explicitly held that "evidence of [a witness'] fear may be presented as a means of demonstrating a witness' bias, thereby tending to discredit [the witness]." <u>U.S. v. Cerone</u>, 452 F.2d 274, 288 (7th Cir. 1971), <u>cert</u>. <u>denied</u>, 405 U.S. 964 (1972), citing <u>U.S. v. DeLutro</u>, 435 F.2d 255, 256-257 (2d Cir. 1970); and <u>U.S. v. Schennault</u>, 429 F.2d 852, 855 (7th Cir. 1970). For these reasons, Plaintiff's motion in limine should be denied to the extent it prohibits Defendants from offering evidence of incidents where Ms. Smith made complaints against plaintiff for domestic battery and/or violation of order of protection for which Plaintiff was subsequently convicted. Defendants maintain that such evidence is highly probative in this case. As the Seventh Circuit observed, "'[r]elevant evidence is inherently prejudicial. . . . Rule 403 was never intended to exclude relevant evidence simply because it is detrimental to one party's case; rather, the relevant inquiry is whether any unfair prejudice from the evidence substantially outweighs its probative value.'" <u>United States v. Lloyd</u>, 71 F.3d 1256 (7th Cir. 1995) (citations omitted). Accordingly, because evidence regarding Plaintiff's convictions is relevant to establish the bias of Ms. Smith, evidence regarding Plaintiff's convictions should not be barred in this case.

## 2.   <u>Exclusion of Plaintiff's Underlying Criminal Conviction</u>

Plaintiff's motion also seeks to exclude any testimony or evidence regarding Plaintiff's underlying conviction for resisting arrest in this matter, 01 MC1 435973 (resisting arrest). (See Certified Statement of Conviction/Disposition, attached hereto as Exhibit D.)

Plaintiff's only remaining claims in this matter are that Defendants used excessive force

4

and assaulted and battered him while they were attempting to place him under arrest, which was during the time that a jury found that Plaintiff Saunders resisted arrest. Testimony about Plaintiff's actions during the time that Plaintiff is alleging the Defendants used excessive force is relevant to issue of what action Defendants took to arrest Plaintiff. The Seventh Circuit has held that: "Leaving out ... evidence would have left the jury with an unduly sanitized and incomplete version of the facts." Wilson v. Groaning, 25 F.3d 581, at 584 (7th Cir. 1994). The Court explained that, even though harmful to the plaintiff, "evidence is relevant if its exclusion would leave a chronological and conceptual void in the story. Id. The Seventh Circuit has also held that evidence of a plaintiff's conviction for resisting was properly admitted as that plaintiff's' prior conviction for resisting arrest was prima facie evidence that the plaintiff in that matter resisted attempts by the officers to arrest him. Calusinski v. Kruger, 24 F. 3d 931, at 934 (7th Cir. 1994).

In this case, Plaintiff's actions and the fact that Plaintiff was found guilty of resisting arrest during the time Defendants were attempting to lawfully place Plaintiff in custody simply cannot be barred from the jury in this matter as leaving out those facts would likely confuse the jury and would take away any context for the incident.

Furthermore, what Plaintiff's actions were during the time Defendants tried to take Plaintiff into custody is also relevant to the credibility of the Plaintiff and to impeach them. Under Fed. R. Evid. 402 and 607, cross examination of a witness on matters affecting his credibility and bias is admissible because proof of bias is "almost always relevant because the jury, as the finder of fact, and weigher of credibility, has historically been entitled to assess all evidence which might bear on the accuracy and truth of a witness' credibility." United States v. Abel, 469 U.S. 45, at 52, (1984); See, also, Clark v. O'Leary, 852 F. 2d 999 (7th Cir. 1988).

5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 99CR0711301

    TYRONE        SAUNDERS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION


Charging the above named defendant with:

  720-5/12-30(A)(1)              F        VIOLATE ORDER PROTECTION 2ND+

The following disposition(s) was/were rendered before the Honorable Judge(s):


03/17/99 IND/INFO-CLK OFFICE-PRES JUDGE          04/05/99 1701
         99CR0711301 ID# CR100190103
04/01/99 CASE ADVANCED                           04/05/99
         FITZGERALD, THOMAS R.
04/01/99 CASE ASSIGNED                           04/01/99 1726
         FITZGERALD, THOMAS R.
04/01/99 DEFENDANT IN CUSTODY
         TOOMIN, MICHAEL P.
04/01/99 PRISONER DATA SHEET TO ISSUE
         TOOMIN, MICHAEL P.
04/01/99 PUBLIC DEFENDER APPOINTED
         TOOMIN, MICHAEL P.
04/01/99 DEFENDANT ARRAIGNED
         TOOMIN, MICHAEL P.
04/01/99 PLEA OF NOT GUILTY
         TOOMIN, MICHAEL P.
04/01/99 MOTION FOR DISCOVERY                              F        1
         TOOMIN, MICHAEL P.
04/01/99 DISCOVERY ANSWER FILED                                     1
         TOOMIN, MICHAEL P.
04/01/99 ADMONISH AS TO TRIAL IN ABSENT
         TOOMIN, MICHAEL P.
04/01/99 CONTINUANCE BY AGREEMENT                04/27/99
         TOOMIN, MICHAEL P.
04/05/99 SPECIAL ORDER
         99CR0711301 PREVIOUSLY ASSIGNED TO JDG. TOOM N 040199
         FITZGERALD, THOMAS R.
04/27/99 DEFENDANT IN CUSTODY
         DARCY, DANIEL P.



EXHIBIT

A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 99CR0711301

    TYRONE        SAUNDERS

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

04/27/99 PRISONER DATA SHEET TO ISSUE
        DARCY, DANIEL P.
04/27/99 CONTINUANCE BY AGREEMENT              05/12/99
        DARCY, DANIEL P.
05/12/99 RECALL/EXEC SENT TO POLICE AGY
05/12/99 DEFENDANT IN CUSTODY
        TOOMIN, MICHAEL P.
05/12/99 PLEA OF GUILTY                        C001
        TOOMIN, MICHAEL P.
05/12/99 JURY WAIVED
        TOOMIN, MICHAEL P.
05/12/99 FINDING OF GUILTY                     C001
        TOOMIN, MICHAEL P.
05/12/99 DEF SENTENCED ILLINOIS DOC            C001
            2 YRS
        TOOMIN, MICHAEL P.
05/12/99 SENTENCE TO RUN CONCURRENT
        99CR0636201
        TOOMIN, MICHAEL P.
05/12/99 DEF ADVISED OF RIGHT TO APPEAL
        TOOMIN, MICHAEL P.
05/12/99 LET MITTIMUS ISSUE/MITT TO ISS
        TOOMIN, MICHAEL P.
05/12/99 WARRANT QUASHED
        TOOMIN, MICHAEL P.
05/12/99 CHANGE PRIORITY STATUS                M
        TOOMIN, MICHAEL P.
05/19/99 DEFENDANT NOT IN COURT
        TOOMIN, MICHAEL P.
05/19/99 CORRECTED MITTIMUS TO ISSUE
        TOOMIN, MICHAEL P.

                        I hereby certify that the foregoing has
                        been entered of record on the above
                        captioned case.
                        Date 04/09/03

                        DOROTHY BROWN
                        CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS          NUMBER 99CR0636201

TYRONE     SAUNDERS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

Charging the above named defendant with:

    720-5/12-3.2(A)(1)          F     DOMESTIC BTRY/BODILY HARM 2ND+
    720-5/12-30(A)(1)           F     VIOLATE ORDER PROTECTION 2ND+

The following disposition(s) was/were rendered before the Honorable Judge(s):

03/18/99 IND/INFO-CLK OFFICE-PRES JUDGE       04/01/99 1701
     99CR0636201 ID# CR100190451
04/01/99 CASE ASSIGNED                        04/01/99 1726
     FITZGERALD, THOMAS R.
04/01/99 DEFENDANT IN CUSTODY
     TOOMIN, MICHAEL P.
04/01/99 PRISONER DATA SHEET TO ISSUE
     TOOMIN, MICHAEL P.
04/01/99 PUBLIC DEFENDER APPOINTED
     TOOMIN, MICHAEL P.
04/01/99 DEFENDANT ARRAIGNED
     TOOMIN, MICHAEL P.
04/01/99 PLEA OF NOT GUILTY
     TOOMIN, MICHAEL P.
04/01/99 MOTION FOR DISCOVERY                            F        1
     TOOMIN, MICHAEL P.
04/01/99 DISCOVERY ANSWER FILED                                   1
     TOOMIN, MICHAEL P.
04/01/99 BAIL AMOUNT SET                                      $  25000
     TOOMIN, MICHAEL P.
04/01/99 ADMONISH AS TO TRIAL IN ABSENT
     TOOMIN, MICHAEL P.
04/01/99 CONTINUANCE BY AGREEMENT             04/27/99
     TOOMIN, MICHAEL P.
04/27/99 DEFENDANT IN CUSTODY
     DARCY, DANIEL P.
04/27/99 PRISONER DATA SHEET TO ISSUE
     DARCY, DANIEL P.


EXHIBIT
B

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 002

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 99CR0636201

TYRONE       SAUNDERS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
04/27/99 CONTINUANCE BY AGREEMENT              05/12/99
         DARCY, DANIEL P.
05/12/99 RECALL/EXEC SENT TO POLICE AGY
05/12/99 DEFENDANT IN CUSTODY
         TOOMIN, MICHAEL P.
05/12/99 PLEA OF GUILTY                        C001
         TOOMIN, MICHAEL P.
05/12/99 JURY WAIVED
         TOOMIN, MICHAEL P.
05/12/99 FINDING OF GUILTY                     C001
         TOOMIN, MICHAEL P.
05/12/99 NOLLE PROSEQUI                         C002
         TOOMIN, MICHAEL P.
05/12/99 DEF SENTENCED ILLINOIS DOC             C001
         DRUG TREATMENT PROGRAM RECCOMMENDED
                2 YRS
         TOOMIN, MICHAEL P.
05/12/99 CREDIT DEFENDANT FOR TIME SERV
                78 DYS
         TOOMIN, MICHAEL P.
05/12/99 SENTENCE TO RUN CONCURRENT
         99CR0711301
         TOOMIN, MICHAEL P.
05/12/99 DEF ADVISED OF RIGHT TO APPEAL
         TOOMIN, MICHAEL P.
05/12/99 LET MITTIMUS ISSUE/MITT TO ISS
         TOOMIN, MICHAEL P.
05/12/99 WARRANT QUASHED
         TOOMIN, MICHAEL P.
05/12/99 CHANGE PRIORITY STATUS                 M
         TOOMIN, MICHAEL P.
05/19/99 DEFENDANT NOT IN COURT
         TOOMIN, MICHAEL P.
05/19/99 CORRECTED MITTIMUS TO ISSUE
         TOOMIN, MICHAEL P.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 99CR0636201

    TYRONE         SAUNDERS

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION


                              I hereby certify that the foregoing has
                              been entered of record on the above
                              captioned case.
                              Date 04/09/03

                              _____
                                   DOROTHY BROWN
                              CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 94CR2313601

     TYRONE          SAUNDERS

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

     720-570/401(A)(2)(D)              F      MANU/DEL 900+ GR COCAINE/
     720-570/401.1(A)                  F      CONTROLLED SUB TRAFFICKIN
     720-570/402(C)                    F      POSS AMT CON SUB EXCEPT(A

The following disposition(s) was/were rendered before the Honorable Judge(s):

09/23/94 IND/INFO-CLK OFFICE-PRES JUDGE          10/07/94 1701
     94CR2313601 ID# CR100630007
10/07/94 CASE ASSIGNED                            10/07/94 1709
     BASTONE, ROBERT P.
10/07/94 DEFENDANT ON BOND
     DWYER, THOMAS F.
10/07/94 PUBLIC DEFENDER APPOINTED
     DWYER, THOMAS F.
10/07/94 DEFENDANT ARRAIGNED
     DWYER, THOMAS F.
10/07/94 PLEA OF NOT GUILTY
     DWYER, THOMAS F.
10/07/94 ADMONISH AS TO TRIAL IN ABSENT
     DWYER, THOMAS F.
10/07/94 CONTINUANCE BY AGREEMENT                10/27/94
     DWYER, THOMAS F.
10/27/94 DEFENDANT ON BOND
     DWYER, THOMAS F.
10/27/94 CONTINUANCE BY AGREEMENT                11/17/94
     DWYER, THOMAS F.
11/17/94 DEFENDANT ON BOND
     DWYER, THOMAS F.
11/17/94 CONTINUANCE BY AGREEMENT                11/30/94
     DWYER, THOMAS F.
11/30/94 DEFENDANT ON BOND
     DWYER, THOMAS F.
11/30/94 CONTINUANCE BY AGREEMENT                01/05/95
     DWYER, THOMAS F.


EXHIBIT
C

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 94CR2313601

    TYRONE        SAUNDERS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

01/05/95 DEFENDANT ON BOND
    DWYER, THOMAS F.
01/05/95 CONTINUANCE BY AGREEMENT              01/17/95
    DWYER, THOMAS F.
01/17/95 DEFENDANT ON BOND
    DWYER, THOMAS F.
01/17/95 CONTINUANCE BY AGREEMENT              02/17/95
    DWYER, THOMAS F.
02/17/95 DEFENDANT ON BOND
    DWYER, THOMAS F.
02/17/95 MOTION TO QUASH ARREST                          S        2
    DWYER, THOMAS F.
02/17/95 CONTINUANCE BY AGREEMENT              03/08/95
    DWYER, THOMAS F.
03/08/95 SPECIAL ORDER
    MOTION TO RECONSIDER RULING ON MOTION TO SUP ESS IS ENTERED
    DWYER, THOMAS F.
03/08/95 CONTINUANCE BY AGREEMENT              03/21/95
    DWYER, THOMAS F.
03/21/95 DEFENDANT ON BOND
    DWYER, THOMAS F.
03/21/95 CHANGE PRIORITY STATUS                R
    DWYER, THOMAS F.
03/21/95 MOTION DEFENDANT - NEW TRIAL                    S        2
    DWYER, THOMAS F.
03/21/95 SPECIAL ORDER
    MOTION TO QUASH SEARCH WARRANT IS DENIED
    DWYER, THOMAS F.
03/21/95 WITNESSES ORDERED TO APPEAR           03/21/95 1709
    DWYER, THOMAS F.
03/21/95 CONTINUANCE BY AGREEMENT              04/17/95
    DWYER, THOMAS F.
04/17/95 DEFENDANT ON BOND
    DWYER, THOMAS F.
04/17/95 CONTINUANCE BY AGREEMENT              05/05/95
    DWYER, THOMAS F.
05/05/95 CONTINUANCE BY ORDER OF COURT         05/08/95
    DWYER, THOMAS F.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 94CR2313601

        TYRONE        SAUNDERS

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

05/08/95 CHANGE PRIORITY STATUS          R
     DWYER, THOMAS F.
05/08/95 WITNESSES ORDERED TO APPEAR          05/08/95 1709
     DWYER, THOMAS F.
05/08/95 CONTINUANCE BY AGREEMENT          06/05/95
     DWYER, THOMAS F.
06/05/95 DEFENDANT ON BOND
     DWYER, THOMAS F.
06/05/95 WITNESSES ORDERED TO APPEAR
     DWYER, THOMAS F.
06/05/95 CONTINUANCE BY AGREEMENT          06/13/95
     DWYER, THOMAS F.
06/13/95 DEFENDANT ON BOND
     DWYER, THOMAS F.
06/13/95 PNG, JW, FNDG NOT GUILTY          C001
     DWYER, THOMAS F.
06/13/95 PNG, JW, FNDG NOT GUILTY          C002
     DWYER, THOMAS F.
06/13/95 PNG, JW, FNDG GUILTY          C003
     DWYER, THOMAS F.
06/13/95 BOND TO STAND
     DWYER, THOMAS F.
06/13/95 PRE-SENT INVEST. ORD, CONTD TO          07/06/95 1709
     DWYER, THOMAS F.
07/06/95 MOTION DEFENDANT - NEW TRIAL                    D     2
     DWYER, THOMAS F.
07/06/95 CONTINUANCE BY AGREEMENT          07/26/95
     DWYER, THOMAS F.
07/26/95 DEFENDANT ON BOND
     DWYER, THOMAS F.
07/26/95 CHANGE PRIORITY STATUS          M
     DWYER, THOMAS F.
07/26/95 SENTENCE TO PROB WITH IPS          C003
          30 MTH
     DWYER, THOMAS F.
07/26/95 DEF ADVISED OF RIGHT TO APPEAL
     DWYER, THOMAS F.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 004

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 94CR2313601

TYRONE        SAUNDERS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

```
07/26/95 QUARTERLY STATUS REPORT IPS           10/26/95 1709
         DWYER, THOMAS F.
07/31/95 FINES COSTS FEES PER DRFT ORD                        102 $    125
07/31/95 FINES COSTS FEES PER DRFT ORD                        100 $     10
07/31/95 FINES COSTS FEES PER DRFT ORD                        800 $     50
07/31/95 FINES COSTS FEES PER DRFT ORD                        203 $    300
07/31/95 CASH BOND REFUND TO ATTORNEY     B001
         MOTION TO QUASH SEARCH WARRANT IS DENIED
07/31/95 CBR PROCSED FRWD ACCT DEP
         D6437979
10/26/95 DEFENDANT ON BOND
         KAZMIERSKI, JOSEPH G. JR.
10/26/95 CONTINUANCE BY ORDER OF COURT          01/26/96
         KAZMIERSKI, JOSEPH G. JR.
01/26/96 DEFENDANT ON BOND
         DWYER, THOMAS F.
01/26/96 CONTINUANCE BY ORDER OF COURT          04/26/96
         DWYER, THOMAS F.
04/26/96 DEFENDANT ON BOND
         DWYER, THOMAS F.
04/26/96 QUARTERLY STATUS REPORT IPS            07/26/96 1709
         DWYER, THOMAS F.
05/21/96 PET VIOL OF PROBATION FILED
05/21/96 PROB HEARING DATE ASSIGNED             05/30/96 1709
05/30/96 PET VIOL OF PROBATION FILED
         TURNER, EDWARD D.
05/30/96 MOTION FOR BAIL HEARNG                      S      2
         TURNER, EDWARD D.
05/30/96 BAIL AMOUNT SET                                        $  25000
         TURNER, EDWARD D.
05/30/96 DEFENDANT REL ON I BOND                                $  25000
         I2045326
         TURNER, EDWARD D.
05/30/96 DEFENDANT ON BOND
         TURNER, EDWARD D.
05/30/96 CONTINUANCE BY AGREEMENT               06/07/96
         TURNER, EDWARD D.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 005

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 94CR2313601

    TYRONE        SAUNDERS

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

```
06/07/96 DEFENDANT ON BOND
     DWYER, THOMAS F.
06/07/96 PETITION FOR V.O.P. WITHDRAWN
     DWYER, THOMAS F.
06/07/96 PROBATION CONTINUED - ORIGINAL
     DWYER, THOMAS F.
06/07/96 QUARTERLY STATUS REPORT IPS           07/25/96 1709
     DWYER, THOMAS F.
07/25/96 DEFENDANT ON BOND
     DWYER, THOMAS F.
07/25/96 CONT FOR STATUS OR PROG REPT          10/25/96
     DWYER, THOMAS F.
10/25/96 PET VIOL OF PROBATION FILED
     DWYER, THOMAS F.
10/25/96 MOTION FOR BAIL HEARNG                          S      2
     DWYER, THOMAS F.
10/25/96 BAIL AMOUNT SET                                        $  25000
     DWYER, THOMAS F.
10/25/96 DEFENDANT REL ON I BOND                                $  25000
     I BOND 2666808
     DWYER, THOMAS F.
10/25/96 DEFENDANT ON BOND
     DWYER, THOMAS F.
10/25/96 MOTION DEFT - CONTINUANCE - MD        11/08/96
     DWYER, THOMAS F.
11/08/96 DEFENDANT ON BOND
     DWYER, THOMAS F.
11/08/96 CONTINUANCE BY AGREEMENT              12/02/96
     DWYER, THOMAS F.
12/02/96 DEFENDANT ON BOND
     DERNBACH, DENNIS A.
12/02/96 CONTINUANCE BY ORDER OF COURT         12/06/96
     DERNBACH, DENNIS A.
12/06/96 DEFENDANT ON BOND
     DERNBACH, DENNIS A.
12/06/96 CONTINUANCE BY ORDER OF COURT         12/16/96
     DERNBACH, DENNIS A.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        **Page 006**

PEOPLE OF THE STATE OF ILLINOIS

VS                              NUMBER 94CR2313601

TYRONE        SAUNDERS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

```
12/16/96 DEFENDANT ON BOND
     MARTIN, PATRICIA M.
12/16/96 MOTION TO WITHDRAW AS ATTORNEY
     MARTIN, PATRICIA M.
12/16/96 RECOMMIT - ORG TERMS AND CONDS
     MARTIN, PATRICIA M.
12/19/97 PET VIOL OF PROBATION FILED
12/19/97 HEARING DATE ASSIGNED                 01/22/98 1709
01/22/98 PET VIOL OF PROBATION FILED
     DERNBACH, DENNIS A.
01/22/98 CONTINUANCE BY ORDER OF COURT         04/22/98
     DERNBACH, DENNIS A.
04/22/98 CONTINUANCE BY ORDER OF COURT         05/29/98
     DERNBACH, DENNIS A.
05/29/98 CONTINUANCE BY ORDER OF COURT         09/18/98
     DERNBACH, DENNIS A.
09/18/98 WARRANT SENT TO POLICE AGENCY
09/18/98 PET VIOL OF PROBATION FILED
     DERNBACH, DENNIS A.
09/18/98 NO BAIL
     DERNBACH, DENNIS A.
09/18/98 WARR ORD, WARR ISSUED
     DERNBACH, DENNIS A.
10/08/98 WARR RETURNED, EXECUTED,FILED
     DERNBACH, DENNIS A.
10/08/98 CREDIT DEFENDANT FOR TIME SERV
               60 DYS
     DERNBACH, DENNIS A.
10/08/98 PROB TERMINATED- SATISFACTORY
     DERNBACH, DENNIS A.
```

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 03/23/04

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 001

PEOPLE OF THE STATE OF ILLINOIS

VS                           NUMBER 01143597301

TYRONE        SAUNDERS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

| 720 5/12-3.2A1 | M | DOMESTIC BATTERY |
| 720 5/12-3A1   | M | BATTERY          |
| 720 5/12-1     | M | ASSAULT          |
| 720 5/12-1     | M | ASSAULT          |
| 720 5/31-1     | M | RESISTING P.O.   |

The following disposition(s) was/were rendered before the Honorable Judge(s):

| | | |
|---|---|---|
| 01/29/01 PROBABLE CAUSE TO DETAIN | | |
| FILAN, DENISE K. | | |
| 01/29/01 BAIL AMOUNT SET | | $ 30000 |
| FILAN, DENISE K. | | |
| 01/29/01 DEF DEMAND FOR TRIAL | | |
| FILAN, DENISE K. | | |
| 01/29/01 TRANSFERRED | 02/09/01 1363 | |
| FILAN, DENISE K. | | |
| 02/09/01 DEFENDANT IN CUSTODY | | |
| TOURTELOT, JOHN | | |
| 02/09/01 APPEARANCE FILED | | |
| TOURTELOT, JOHN | | |
| 02/09/01 MOTION FOR DISCOVERY | E | 2 |
| TOURTELOT, JOHN | | |
| 02/09/01 BOND TO STAND | | |
| TOURTELOT, JOHN | | |
| 02/09/01 CONT FOR STATUS OR PROG REPT | 02/15/01 1363 | |
| TOURTELOT, JOHN | | |
| 02/15/01 DEFENDANT IN CUSTODY | | |
| TOURTELOT, JOHN | | |
| 02/15/01 CONTINUANCE BY AGREEMENT | 02/22/01 1363 | |
| TOURTELOT, JOHN | | |
| 02/15/01 BOND TO STAND | | |
| TOURTELOT, JOHN | | |
| 02/22/01 CONTINUANCE BY AGREEMENT | 03/14/01 1363 | |
| SHEEHAN, JR., MICHAEL F. | | |



EXHIBIT

D

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

                        VS                    NUMBER 01143597301

        TYRONE        SAUNDERS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court.
03/14/01 CONTINUANCE BY AGREEMENT                 04/18/01 1363
        TOURTELOT, JOHN
04/18/01 MOTION STATE - CONTINUANCE -MS           05/17/01 1363
        FILAN, DENISE K.
05/17/01 COMPLAINING WIT NOT IN CRT
        TOURTELOT, JOHN
05/17/01 MOTION DEFT - CONTINUANCE - MD           05/30/01 1363
        TOURTELOT, JOHN
05/30/01 APPEARANCE FILED
        FILAN, DENISE K.
05/30/01 MOTION TO WITHDRAW AS ATTORNEY
        FILAN, DENISE K.
05/30/01 MOTION FOR DISCOVERY                              F        1
        FILAN, DENISE K.
05/30/01 CONT FOR STATUS OR PROG REPT             06/27/01 1363
        FILAN, DENISE K.
05/30/01 MOTION FOR DISCOVERY                              F        1
        FILAN, DENISE K.
05/30/01 CONTINUANCE BY ORDER OF COURT            08/13/01 1363    ---
        FILAN, DENISE K.
06/27/01 CONTINUANCE BY AGREEMENT                 08/22/01 1363
        STRIKE 8-13-01
        FILAN, DENISE K.
08/13/01 CONTINUANCE BY AGREEMENT                 10/15/01 1363
        FILAN, DENISE K.
08/13/01 CONTINUANCE BY ORDER OF COURT            08/22/01 1363
        FILAN, DENISE K.
08/22/01 PREVIOUS ORDER TO STAND
        COGHLAN, MATTHEW E.
10/15/01 CONT FOR STATUS OR PROG REPT             10/18/01 1363
        FILAN, DENISE K.
10/16/01 PREVIOUS ORDER TO STAND
        FILAN, DENISE K.
10/16/01 CONTINUANCE BY ORDER OF COURT            10/18/01 1363
        FILAN, DENISE K.
10/18/01 CONTINUANCE BY AGREEMENT                 11/30/01 1363
        FILAN, DENISE K.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 01143597301

TYRONE          SAUNDERS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court.

| Date | Action | Next Date | Code |
|---|---|---|---|
| 11/30/01 | CONTINUANCE BY AGREEMENT<br>FILAN, DENISE K. | 01/11/02 | 1363 |
| 01/11/02 | MOTION DEFT - CONTINUANCE - MD<br>FILAN, DENISE K. | 01/25/02 | 1363 |
| 01/25/02 | CONTINUANCE BY AGREEMENT<br>FILAN, DENISE K. | 02/14/02 | 1363 |
| 02/14/02 | CONTINUANCE BY AGREEMENT<br>FILAN, DENISE K. | 04/10/02 | 1363 |
| 04/10/02 | MOTION DEFT - CONTINUANCE - MD<br>FILAN, DENISE K. | 05/08/02 | 1363 |
| 05/08/02 | CONTINUANCE BY AGREEMENT<br>FILAN, DENISE K. | 06/03/02 | 1363 |
| 06/03/02 | CONTINUANCE BY AGREEMENT<br>COCO, GLORIA G. | 06/12/02 | 1363 |
| 06/12/02 | CONTINUANCE BY AGREEMENT<br>FILAN, DENISE K. | 07/12/02 | 1363 |
| 06/19/02 | CONTINUANCE BY ORDER OF COURT<br>7-12-02 IS STRICKEN<br>FILAN, DENISE K. | 07/19/02 | 1363 |
| 07/19/02 | CONTINUANCE BY AGREEMENT<br>FILAN, DENISE K. | 08/27/02 | 1363 |
| 08/27/02 | CONT FOR STATUS OR PROG REPT<br>FILAN, DENISE K. | 09/19/02 | 1363 |
| 09/19/02 | CONTINUANCE BY AGREEMENT<br>FILAN, DENISE K. | 11/18/02 | 1363 |
| 11/18/02 | MOTION STATE - CONTINUANCE -MS<br>FILAN, DENISE K. | 12/11/02 | 1363 |
| 12/11/02 | PLEA OF NOT GUILTY<br>FILAN, DENISE K. | | |
| 12/11/02 | TRIAL COMENCED AND CONTINUED<br>FILAN, DENISE K. | 12/12/02 | 1363 |
| 12/13/02 | NOLLE PROSEQUI<br>FILAN, DENISE K. | C001 | |
| 12/13/02 | FINDING OF NOT GUILTY<br>FILAN, DENISE K. | C002 | |
| 12/13/02 | NOLLE PROSEQUI<br>FILAN, DENISE K. | C003 | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 01143597301

    TYRONE          SAUNDERS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint
with the Clerk of the Circuit Court.
12/13/02 NOLLE PROSEQUI                      C004
    FILAN, DENISE K.
12/13/02 FINDING OF GUILTY                   C005
    FILAN, DENISE K.
12/13/02 MOTION DEFT - CONTINUANCE - MD          01/07/03 1363
    FILAN, DENISE K.
12/13/02 PLEA OF NOT GUILTY
    FILAN, DENISE K.
01/09/03 CBR PROCSED FRWD ACCT DEP
    BOND RELEASED 010703
01/07/03 PLEA OF NOT GUILTY
    FILAN, DENISE K.
01/07/03 PREVIOUS ORDER TO STAND
    FILAN, DENISE K.
01/07/03 FINDING OF GUILTY                   C005
    FILAN, DENISE K.
01/07/03 CASH BOND REFUND TO ATTORNEY        B001
    FILAN, DENISE K.
01/07/03 SENTENCED TO COMMUNITY SERVICE      C005
    FILAN, DENISE K.
01/07/03 PROB AND OTHER DISC CONDS           C005
            24 MTH
    FILAN, DENISE K.
01/07/03 TERM DATE-PROB-COND DIS-SUPV            01/04/05 1363
    FILAN, DENISE K.
01/07/03 JURY WAIVED
    FILAN, DENISE K.

                        I hereby certify that the foregoing has
                        been entered of record on the above
                        captioned case.
                        Date 04/09/03

                        DOROTHY BROWN
                        CLERK OF THE CIRCUIT COURT OF COOK COUNTY

## CERTIFICATE OF SERVICE

I hereby certify that I have caused true and correct copies of the above and foregoing

**NOTICE OF FILING** and **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION *IN***

***LIMINE***, to be sent by U. S. Mail, First Class, to the address therein shown, on March 23, 2004.


William E. Bazarek
Assistant Corporation Counsel